UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  )
    SHELBORNE NORTH WATER  )
    STREET, L.P.  )
  )  Case No. 13 B 44315
  )  Chapter 11
    Debtor.  )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING FIRST APPLICATION OF FRANKGECKER LLP, ATTORNEYS FOR THE DEBTOR, FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $519,110.00 | TOTAL COSTS REQUESTED: | $11,973.49 |
| TOTAL FEES REDUCED: | $7707.25 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $511,402.75 | TOTAL COSTS ALLOWED: | $11,973.49 |

**TOTAL FEES AND COSTS ALLOWED: $523,376.24**

The attached time and expense entries have been marked to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the right of each marked entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)     No Benefit to the Estate**

The court denies requests for fees relating to services that do not benefit the estate or that are not necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). The fees denied in this category relate to time the debtor's counsel expended relating to the state court foreclosure proceedings and guaranty issues relating to the principal of the debtor. These fees did not benefit the debtor's estate. Further, debtor's counsel agreed with counsel that the lender eliminate most, if not all, of such fees so designated for this very reason.

**(2)     Clerical Work Not Compensable**

The court disallows compensation, as professional fees, for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as routine filing or messenger services. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated: 7/7, 2014

                                                                     Janet S. Baer
                                                                     United States Bankruptcy Judge

Shelbourne Development Group, Inc.

Invoice Dated: June 03, 2014

|  |  | Hours | Amount |
|---|---|---:|---:|
| 12/16/2013 | Prepare documents for 341 meeting.<br>Zane L. Zielinski | 1.50<br>$365.00 | $547.50 |
| 12/16/2013 | Meet with Joseph Frank and review issues for 341 meeting.<br>Frances Gecker | 1.20<br>$690.00 | $828.00 |
| 12/16/2013 | Correspondence with client regarding response to Related and preparation for section 341 meeting.<br>Joseph D. Frank | 0.60<br>$690.00 | $414.00 |
| 12/17/2013 | Revise administrative order approving interim compensation procedures.<br>Jeremy C. Kleinman | 0.30<br>$375.00 | $112.50 |
| 12/17/2013 | Attend 341 meeting.<br>Jeremy C. Kleinman | 1.90<br>$375.00 | $712.50 |
| 12/17/2013 | Meet with G. Kelleher regarding preparation for 341 meeting.<br>Frances Gecker | 1.50<br>$690.00 | $1,035.00 |
| 12/17/2013 | Prepare for and attend section 341 meeting with client and follow-up meeting with creditors regarding plan and discovery issues.<br>Joseph D. Frank | 1.90<br>$690.00 | $1,311.00 |
| 12/19/2013 | Teleconference with K. Bacher regarding 341 meeting; amendment to Statement of Financial Affairs.<br>Jeremy C. Kleinman | 0.20<br>$375.00 | $75.00 |
| 12/24/2013 | Prepare amended statement of financial affairs.<br>Jeremy C. Kleinman | 0.20<br>$375.00 | $75.00 |
| 12/24/2013 | Draft email to G. Kelleher regarding amended statement of financial affairs.<br>Jeremy C. Kleinman | 0.10<br>$375.00 | $37.50 |
| 12/31/2013 | Draft email to G. Kelleher regarding amended schedules.<br>Jeremy C. Kleinman | 0.10<br>$375.00 | $37.50 |
| 1/3/2014 | Draft email to G. Kelleher regarding amended statement of financial affairs.<br>Jeremy C. Kleinman | 0.10<br>$385.00 | $38.50 |
| 1/7/2014 | Legal research regarding extension of the automatic stay.<br>Jeremy C. Kleinman | 1.20<br>$385.00 | $462.00 |
| 1/8/2014 | Meeting with team regarding assignment of drafting tasks, discovery tasks and go-forward plan.<br>Joseph D. Frank | 0.70<br>$695.00 | $486.50 |
| 1/14/2014 | Legal research regarding extension of the automatic stay.<br>Jeremy C. Kleinman | 0.40<br>$385.00 | $154.00 |

Shelbourne Development Group, Inc.

Invoice Dated: June 03, 2014

| Date | Description | Hours | Amount |
|---|---|---|---|
| 1/14/2014 | Begin drafting motion to extend automatic stay to Mr. Kelleher.<br>Jeremy C. Kleinman | 2.20<br>$385.00 | $847.00 |
| 1/15/2014 | Continue drafting motion to extend the automatic stay.<br>Jeremy C. Kleinman | 2.20<br>$385.00 | $847.00 |
| 1/16/2014 | Meeting with client regarding various case status issues.<br>Joseph D. Frank | 0.40<br>$695.00 | $278.00 |
| 1/17/2014 | Revise motion to extend stay and legal research regarding same.<br>Jeremy C. Kleinman | 1.20<br>$385.00 | $462.00 |
| 1/17/2014 | Revisions to motion to extend automatic stay to Garrett Kelleher.<br>Joseph D. Frank | 0.90<br>$695.00 | $625.50 |
| 1/17/2014 | Meeting with Chapter 11 team regarding status, task assignments (.20); follow-up meetings with Jeremy Kleinman (.30).<br>Joseph D. Frank | 0.50<br>$695.00 | $347.50 |
| 1/17/2014 | Planning meeting related to the status of various open matters.<br>Zane L. Zielinski | 1.00<br>$375.00 | $375.00 |
| 1/21/2014 | Revise Motion to extend automatic stay.<br>Jeremy C. Kleinman | 0.80<br>$385.00 | $308.00 |
| 1/21/2014 | Additional legal research regarding motion to extend automatic stay.<br>Jeremy C. Kleinman | 0.40<br>$385.00 | $154.00 |
| 1/21/2014 | Telephone conference with client regarding status of various matters, plan negotiations, debtor-in-possession financing and automatic stay pleading.<br>Joseph D. Frank | 0.50<br>$695.00 | $347.50 |
| 1/24/2014 | Telephone conference with client regarding status, state court hearing and pending matters.<br>Joseph D. Frank | 0.20<br>$695.00 | $139.00 |
| 1/27/2014 | Review Response to Motion to Extend Stay.<br>Jeremy C. Kleinman | 0.20<br>$385.00 | $77.00 |
| 1/27/2014 | Meet with Joseph Frank to discuss Response to Motion to Extend Stay.<br>Jeremy C. Kleinman | 0.20<br>$385.00 | $77.00 |
| 1/27/2014 | Review cases cited in Response to Motion to Extend Stay.<br>Jeremy C. Kleinman | 0.30<br>$385.00 | $115.50 |
| 1/27/2014 | Review objection to stay extension motion and cited case law.<br>Joseph D. Frank | 0.90<br>$695.00 | $625.50 |
| 2/4/2014 | Prepare memorandum on real estate tax and timing of payments.<br>Zane L. Zielinski | 0.30<br>$375.00 | $112.50 |

Shelbourne Development Group, Inc.

Invoice Dated:   June 03, 2014

|  |  | Hours | Amount |
|---|---|---:|---:|
| 2/18/2014 | Telephone conferences with various interested parties regarding outcome of hearing and next steps.<br>Joseph D. Frank | 0.50<br>$690.00 | $345.00 |
| 2/20/2014 | Review Receiver's financial report.<br>Zane L. Zielinski | 1.00<br>$375.00 | $375.00 |
| 2/21/2014 | Telephone conference with Howard Adelman regarding representation of Garrett Kelleher in bankruptcy case.<br>Joseph D. Frank | 0.20<br>$690.00 | $138.00 |
| 2/24/2014 | Teleconference with A. Watson and B. Shaw regarding scheduling of motions.<br>Jeremy C. Kleinman | 0.10<br>$385.00 | $38.50 |
| 3/31/2014 | Telephone call with Brian Shaw related to issues for management of documents.<br>Zane L. Zielinski | 0.20<br>$375.00 | $75.00 |
| 4/25/2014 | Email exchange with B. Wakefield regarding U.S. Trustee fees.<br>Jeremy C. Kleinman | 0.10<br>$385.00 | $38.50 |

**Total Charges This Matter**                                                      53.10  $25,541.00

Shelbourne Development Group, Inc.

Invoice Dated:   June 03, 2014

|  |  | Hours | Amount |
|---|---|---|---|
| **RMW Litigation** | | | |
| 11/21/2013 | Telephone conference with Brian Shaw regarding guaranty complaint against Mr. Kelleher.<br>Joseph D. Frank | 0.20<br>$690.00 | $138.00 |
| 11/21/2013 | Office conference with Zane Zielinski and follow-up correspondence and telephone conference with Garrett Kelleher regarding guaranty lawsuit and other case issues.<br>Joseph D. Frank | 0.40<br>$690.00 | $276.00 |
| 11/22/2013 | Review complaint and forward to parties.<br>Zane L. Zielinski | 0.50<br>$365.00 | $182.50 |
| 11/25/2013 | Conference call regarding guaranty complaint against principal and follow-up correspondence with various parties regarding same.<br>Joseph D. Frank | 0.60<br>$690.00 | $414.00 |
| 12/10/2013 | Telephone conferences with counsel to Related regarding various claim and discovery issues and review related email.<br>Joseph D. Frank | 0.40<br>$690.00 | $276.00 |
| 12/11/2013 | Review 2004 request (.5); confer with Jeremy Kleinman and Joseph Frank regarding same (.3); review documents (.2).<br>Zane L. Zielinski | 1.00<br>$365.00 | $365.00 |
| 12/11/2013 | Meet with Joseph Frank and Zane Zielinski regarding Rule 2004 examination request.<br>Jeremy C. Kleinman | 0.30<br>$375.00 | $112.50 |
| 12/11/2013 | Review email from Related counsel regarding discovery requests and other issues and office conference with Frances Gecker regarding same; respond to request.<br>Joseph D. Frank | 0.30<br>$690.00 | $207.00 |
| 12/12/2013 | Draft lengthy proposed email to J. Beck regarding request for 2004 discovery and list of additional discovery needed by the Debtor to respond to inquiries.<br>Jeremy C. Kleinman | 0.80<br>$375.00 | $300.00 |
| 12/13/2013 | Meet with Joseph Frank to discuss Rule 2004 discovery and revise email to J. Beck in connection therewith.<br>Jeremy C. Kleinman | 0.40<br>$375.00 | $150.00 |
| 12/13/2013 | Work on response to Related discovery/cooperation request and counter-request and further inquiries.<br>Joseph D. Frank | 0.90<br>$690.00 | $621.00 |
| 12/13/2013 | Office conference with Jeremy Kleinman and correspondence with client regarding response to Related discovery/cooperation request.<br>Joseph D. Frank | 0.40<br>$690.00 | $276.00 |

Shelbourne Development Group, Inc.

Invoice Dated:   June 03, 2014

|  |  | Hours | Amount |
|---|---|---:|---:|
| 1/20/2014 | Meet with Joseph Frank regarding objection and documents redacted by RMW.<br>Jeremy C. Kleinman | 0.40<br>$385.00 | $154.00 |
| 1/20/2014 | Continue drafting and revising Objections to Rule 2004 Motion.<br>Jeremy C. Kleinman | 2.90<br>$385.00 | $1,116.50 |
| 1/20/2014 | Teleconference with P. Mallon (Kusper office) regarding objection to Rule 2004 Motion.<br>Jeremy C. Kleinman | 0.40<br>$385.00 | $154.00 |
| 1/20/2014 | Telephone conferences and correspondence with client regarding Receiver's document request, Rule 2004 objection and plan issues.<br>Joseph D. Frank | 0.40<br>$695.00 | $278.00 |
| 1/20/2014 | Work on Rule 2004 objection and office conference with Jeremy Kleinman regarding same.<br>Joseph D. Frank | 3.30<br>$695.00 | $2,293.50 |
| 1/21/2014 | Meet with Joseph Frank regarding production of documents in response to Rule 2004 Motion.<br>Jeremy C. Kleinman | 0.30<br>$385.00 | $115.50 |
| 1/21/2014 | Draft email to G. Kelleher regarding proposal to resolve Rule 2004 motion.<br>Jeremy C. Kleinman | 0.20<br>$385.00 | $77.00 |
| 1/21/2014 | Draft motion to exceed page limit.<br>Jeremy C. Kleinman | 0.80<br>$385.00 | $308.00 |
| 1/21/2014 | Work on motion to extend automatic stay and office conferences with Jeremy Kleinman regarding same.<br>Joseph D. Frank | 2.20<br>$695.00 | $1,529.00 |
| 1/22/2014 | Prepare timeline of factual details for the Anglo Irish Bank loan.<br>Zane L. Zielinski | 2.00<br>$375.00 | $750.00 |
| 1/22/2014 | Office conferences with Jeremy Kleinman and correspondence with counsel for Related regarding possible resolution of Rule 2004 objection.<br>Joseph D. Frank | 0.40<br>$695.00 | $278.00 |
| 1/22/2014 | Draft motion to extend time to respond to adversary complaint.<br>Jeremy C. Kleinman | 1.10<br>$385.00 | $423.50 |
| 1/22/2014 | Revise motion to file over length brief.<br>Jeremy C. Kleinman | 0.20<br>$385.00 | $77.00 |
| 1/22/2014 | Meet with Joseph Frank and Micah Krohn regarding filing motion to extend time.<br>Jeremy C. Kleinman | 0.20<br>$385.00 | $77.00 |

Shelbourne Development Group, Inc.

Invoice Dated: June 03, 2014

|  |  | Hours | Amount |
|---|---|---:|---:|
| 3/6/2014 | Review various pleadings relating to motion to approve Plan Investment Agreement (.80); draft Statement of Claims section of joint pretrial statement (.50).<br>Micah R. Krohn | 1.40<br>$430.00 | $602.00 |
| 3/6/2014 | Legal research regarding use of demonstrative exhibits at Plan Investment Agreement hearing.<br>Micah R. Krohn | 0.60<br>$430.00 | $258.00 |
| 3/6/2014 | Meet with Garrett Kelleher, Howard Adelman and Jeremy Kleinman on preparing for trial.<br>Zane L. Zielinski | 2.00<br>$375.00 | $750.00 |
| 3/6/2014 | Review documents, proposed exhibits, list of outstanding facts, objections to Plan Investment Agreement motion, and draft joint pre-trial statement (2.6); telephone calls with counsel for Related Companies regarding joint pre-trial statement, exhibits, etc. (.6).<br>Zane L. Zielinski | 3.20<br>$375.00 | $1,200.00 |
| 3/6/2014 | Review exhibits for trial.<br>Zane L. Zielinski | 0.40<br>$375.00 | $150.00 |
| 3/7/2014 | Travel to and from Dirksen Building to deliver letters to Judge Baer.<br>Christina Carpenter | 0.60<br>$145.00 | $87.00 |
| 3/7/2014 | Assist Micah Krohn and Zane Zielinski in preparation of trial exhibits and pretrial order.<br>Christina Carpenter | 1.00<br>$145.00 | $145.00 |
| 3/7/2014 | Assist Jeremy Kleinman and Zane Zielinski in preparation of Joint Pretrial Statement.<br>Christina Carpenter | 1.00<br>$145.00 | $145.00 |
| 3/7/2014 | Attend deposition of Garrett Kelleher.<br>Jeremy C. Kleinman | 6.90<br>$385.00 | $2,656.50 |
| 3/7/2014 | Meet with G. Kelleher, D. Bacon, H. Adelman and S. Ivankovich regarding trial strategy.<br>Jeremy C. Kleinman | 1.10<br>$385.00 | $423.50 |
| 3/7/2014 | Teleconference with Frances Gecker and Zane Zielinski regarding settlement proposal.<br>Jeremy C. Kleinman | 0.20<br>$385.00 | $77.00 |
| 3/7/2014 | Multiple teleconferences and emails with T. Hoffman regarding Pretrial Statement.<br>Jeremy C. Kleinman | 0.60<br>$385.00 | $231.00 |
| 3/7/2014 | Review and revise Joint Pretrial Statement.<br>Jeremy C. Kleinman | 2.00<br>$385.00 | $770.00 |

The 3/7/2014 entry for Christina Carpenter (Travel to and from Dirksen Building) is circled and marked with "a".

Shelbourne Development Group, Inc.

Invoice Dated:   June 03, 2014

|  |  | Hours | Amount |
|---|---|---|---|
| 3/11/2014 | Telephone conferences with counsel for Atlas and counsel for Related regarding possible settlement.<br>Joseph D. Frank | 0.90<br>$695.00 | $625.50 |
| 3/11/2014 | Meet with client regarding settlement issues.<br>Joseph D. Frank | 0.90<br>$695.00 | $625.50 |
| 3/11/2014 | Review and prepare documents, exhibits and related matters for trial.<br>Zane L. Zielinski | 2.00<br>$375.00 | $750.00 |
| 3/11/2014 | Prepare and deliver witness and exhibit notebooks for trial.<br>Reed Heiligman | 2.10<br>$295.00 | $619.50 |
| 3/11/2014 | Prepare for trial and office conference with Jeremy Kleinman regarding same.<br>Joseph D. Frank | 1.40<br>$695.00 | $973.00 |
| 3/27/2014 | Draft stipulation of dismissal with respect to RMW adversary.<br>Jeremy C. Kleinman | 0.20<br>$385.00 | $77.00 |
| 3/27/2014 | Draft email to S. Kusper regarding stipulation to dismiss.<br>Jeremy C. Kleinman | 0.10<br>$385.00 | $38.50 |
| 3/27/2014 | Email exchange with J. Beck regarding draft orders and stipulation of dismissal.<br>Jeremy C. Kleinman | 0.10<br>$385.00 | $38.50 |
| 3/27/2014 | Review draft dismissal order and telephone conference with counsel for Related regarding same.<br>Joseph D. Frank | 0.30<br>$695.00 | $208.50 |
| 3/28/2014 | Teleconference with A. Watson regarding submission of proposed orders and stipulation of dismissal.<br>Jeremy C. Kleinman | 0.20<br>$385.00 | $77.00 |
| 3/28/2014 | Revise stipulation of dismissal to include order.<br>Jeremy C. Kleinman | 0.20<br>$385.00 | $77.00 |
| 3/28/2014 | Draft email to B. Shaw regarding revised stipulation.<br>Jeremy C. Kleinman | 0.10<br>$385.00 | $38.50 |
| 3/28/2014 | Telephone call to B. Shaw regarding stipulation of dismissal.<br>Jeremy C. Kleinman | 0.10<br>$385.00 | $38.50 |
| 3/31/2014 | Electronically file Stipulation and Agreed Order of Dismissal.<br>Christina Carpenter | 0.10<br>$145.00 | $14.50 |
| 3/31/2014 | Teleconference with B. Shaw regarding stipulation and submission of draft orders.<br>Jeremy C. Kleinman | 0.10<br>$385.00 | $38.50 |