# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SHELBOURNE NORTH WATER STREET, L.P., | ) ) | Case No. 13-44315 (JSB) |
| | ) | |
| | ) | Honorable Janet S. Baer |
| Debtor. | ) | |
| | ) | **Hearing Date:    March 18, 2015** |
| | ) | **Hearing Time:    9:30 a.m.** |
| | ) | **Courtroom:       615** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Wednesday, March 18, 2015 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Janet S. Baer of the United States Bankruptcy Court for the Northern District of Illinois, Courtroom 615, 219 South Dearborn Street, Chicago, Illinois, or whomever may be sitting in her place and stead, and then and there present the **Motion for Entry of a Final Decree and Related Relief**, a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said motion.

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

>                                  Brian L. Shaw
>                                  John Guzzardo
>                                  Shaw Fishman Glantz & Towbin LLC
>                                  321 North Clark Street, Suite 800
>                                  Chicago, Illinois 60654
>                                  (312) 541-0151  telephone
>                                  (312) 980-3888  facsimile

## CERTIFICATE OF SERVICE

John Guzzardo, an attorney, certifies that he caused to be served a true and correct copy of the **Motion for Entry of a Final Decree and Related Relief** upon the attached Electronic Mail Notice List through the ECF System or via U.S. Mail, first class, postage prepaid (as indicated), on the 24th day of February, 2015.

>                                  /s/ John Guzzardo

{10620-001 MOT A0398011.DOC 2}

**Mailing Information for Case 13-44315 (JSB)**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Howard L. Adelman - hla@ag-ltd.com
- R Scott Alsterda - rsalsterda@uhlaw.com
- J. Douglas Bacon - douglas.bacon@lw.com, chefiling@lw.com
- Sarah Baker - sarah.baker@quarles.com, stella.love@quarles.com
- John D. Beck, ishmael.kamara@haynesboone.com; autumn.highsmith@haynesboone.com; lenard.parkins@haynesboone.com
- Brad Berish - bberish@ag-ltd.com, dbaird@ag-ltd.com
- Lauren N. Beslow - Lauren.Beslow@quarles.com, Faye.Feinstein@quarles.com
- Alicia C Davis - alicia.davis@lw.com, chefiling@lw.com
- Jeffrey D Eaton - jeaton@schiffhardin.com
- Joseph D Frank - jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com
- Jeffrey L. Gansberg - jgansberg@muchshelist.com, nsulak@muchshelist.com
- Frances Gecker - fgecker@fgllp.com
- John W Guzzardo - jguzzardo@shawfishman.com, jhampton@shawfishman.com
- Reed A Heiligman - rheiligman@fgllp.com, ccarpenter@fgllp.com
- Jeremy C Kleinman - jkleinman@fgllp.com, ccarpenter@fgllp.com
- Micah R Krohn - mkrohn@fgllp.com, ccarpenter@fgllp.com
- Patrick S Layng - USTPRegion11.ES.ECF@usdoj.gov
- Paul C Mallon - paul.mallon@kusperlaw.com
- Michael W Ott - mott@schiffhardin.com, rkaferly@schiffhardin.com
- N. Neville Reid - nreid@fslc.com, bkdocket@fslc.com;kgoin@fslc.com;abouse@fslc.com
- Peter J Roberts - proberts@shawfishman.com
- Patrick F Ross - pfross@uhlaw.com;  kburde@uhlaw.com; rjanczak@uhlaw.com; sbmiller@uhlaw.com;jtruskusky@uhlaw.com
- Blake A Roter - broter@burkelaw.com, sclement@burkelaw.com
- Trevor K. Scheetz - trevor.scheetz@lw.com, trevor.scheetz@lw.com;chefiling@lw.com,
- Ryan T Schultz - rschultz@fslc.com, bkdocket@fslc.com;abouse@fslc.com
- Brian L Shaw - bshaw100@shawfishman.com, bharrington@shawfishman.com
- Glenn Udell - gudell@bupdlaw.com, cwilson@bupdlaw.com
- Zane L Zielinski - zzielinski@fgllp.com, csmith@fgllp.com; dortiz@fgllp.com; ccarpenter@fgllp.com

**Via Prepaid First Class U.S. Mail**

Brown, Udell, Pomerantz & Delrahim, Ltd.
1332 N. Halsted, Suite 100
Chicago, IL 60642-2637

Cosentini Associates
1 South Wacker Drive 37th Floor
Chicago, IL 60606-4614

FrankGecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60654-6465

Knight E/A, Inc.
Attn: Melissa Mulhern
221 N. LaSalle Street, Suite 300
Chicago, IL 60601-1211

Liquidity Solutions, Inc.
One University Plaza
Suite 312
Hackensack, NJ 07601-6205

RMW Acquisition Company, LLC
c/o The Related Companies, L.P.
60 Columbus Circle 19th Floor
New York, NY 10023-5802

Shelbourne North Water Street L.P.
4526 North Kenneth
Chicago, IL 60630-4160

111 South Wacker LLC
Julie Schmidt, Jones Lang LaSalle
111 South Wacker Drive Suite 2950
Chicago, IL 60606-4302

A Perfect Event
3050 North Lincoln Avenue
Chicago, IL 60657-4208

A Perfect Event, Inc.
Michael Springer
1240 W. School St.
Chicago, IL 60657-1426

AECOM
STS Consultants, Ltd.
750 Corport Wds Prkwy
Vernon Hills, IL 60061-3153

AECOM USA, Inc.
c/o Scott Smith
Much Shelist, P.C.
191 N. Wacker Dr., #1800
Chicago, IL 60606-1631

Abrams & Abrams, P.C.
Attn: Leonard G. Abrams
180 W. Washington, Suite 910
Chicago, IL 60602-2316

Advent Systems, Inc.
435 West Fullerton Avenue
Elmhurst, IL 60126-1404

Albrizzi-Williams
222 Old Boston Post Road
Old Saybrook, CT 06475-2229

Alfred Benesch & Company
205 N Michigan Ave #2400
Chicago, IL 60601-5923

Alfred Benesch & Company
231292 Momentum Place
Chicago, IL 60689-0001

Alfred Benesch & Company
Attn: Penny Wizer
913 Sheidley Avenue, Suite 110
Bonner Springs, KS 66012-9500

Allen Visual Systems, Inc
1495 Busch Parkway
Buffalo Grove, IL 60089-4506

Altus Group Limited
212 King Street West
3rd Floor
Toronto, Ontario

Altus Group Limited
33 Yonge Street, Suite 500
Toronto, ON M5E 1G4
Canada

Amerigas - Chicago
310 N. Sangamon Street
Chicago, IL 60607-1313

Andres Imaging & Graphics, Inc.
Cherri Brakhage
2643 W. Chicago Ave.
Chicago, IL 60622-4519

Anglo Irish Bank/IBRC/NAIM
Stephen Court
18/21 St. Stephen's Green
Dublin 2 Ireland

Aon Fire Protection Engineering Corp.
Attn: Craig Zaleski
4 Overlook Point
Lincolnshire, IL 60069-4302

B of A Credit Card
P.O. Box 15184
Wilmington, DE 19850-5184

Bert Zaczek
Amy Pikarsky
311 N. Aberdeen, Suite 300-B
Chicago, IL 60607-1252

Brown, Udell, Pomerantz & Delrahim, Ltd.
Michael Pomerantz
1332 N. Halsted, Suite 100
Chicago, IL 60642-2637

Buchler Contracting, Inc.
10420 South 81st Avenue
Palos Hills, IL 60465-1816

Buro Happold Ltd
attn: Padraic Kelly
Camden Mill, Lower Bristol Road
Bath, UK BA2 3DQ

CDM Sound Studios
630 Ninth Avenue
Suite 810
New York, NY 10036-3746

CDW Direct LLC
P.O. Box 75723
Chicago, IL 60675-5723

CFgear.com
2329 North Career Avenue
Suite 219
Sioux Falls, SD 57107-1313

CIT Technology FIN SERV, INC
P.O. Box 550599
Jacksonville, FL 32255-0599

CMGRP, Inc.
d/b/a Weber Shandwick
VP - Finance, Weber Shanwick
875 N. Michigan Ave., Suite 2400

Case Foundation Company
1325 West Lake Street
Roselle, IL 60172-3300

Chicago NBC Tower L.P.
455 N. Cityfront Plaza
Chicago, IL 60611-5318

Chicago Spire LLC
111 South Wacker Drive
Chicago, IL 60606-4302

Chicago Spire LLC
1525 W. Homer St., Suite 203
Chicago, IL 60642-1279

Chicago Spire, LLC
Stewart T. Kusper
Kusper Law Group, Ltd.
20 N. Clark St., Ste. 3000
Chicago IL 60602-5094

City Front Center E. Maintenance
Association
401 E. Illinois Street
Suite 324
Chicago, IL 60611-4390

City Scents Flowers & Gifts
209 East Ohio
Chicago, IL 60611-3238

City of Chicago
121 North LaSalle Street
Suite 600
Chicago, IL 60602-1244

Classic Party Rentals
9480 West 55th St.
McCook, IL 60525-3694

Clune Construction
10 South La Salle
3rd Floor
Chicago, Il 60603-1095

Consentini Associates, Inc.
Dept 1669
Denver, CO 80291-1669

Conway & Mrowiec
Attn: John S. Mrowiec
20 S. Clark, Suite 1000
Chicago, IL 60603-1825

Cosentini Associates, Inc.
Attn: Vincent ONeill
2 Penn Plaza
New York, NY 10121-0300

Coxe Investments, LLC
c/o Ungaretti & Harris LLP
(Attn: P. Ross)
70 W. Madison Street, Suite 3500
Chicago, IL 60602-4283

DHL Express (USA) INC.
14105 Collection Center Drive
Chicago, IL 60693-0141

DLA Piper
203 North LaSalle St
Suite 1900
Chicago, Il 60601-1263

Daley & George Ltd.
20 South Clark Street
Suite 400
Chicago, IL 60603-1835

Daniel Weinbach & Partners LTD
53 West Jackson
Suite 250
Chicago, IL 60604-3607

Deloitte & Touche House
Earlsfort Terrace
Dublin 2 Ireland

Department of Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Dining Out
106 West Germania Place
Suite 209
Chicago, IL 60610-1407

{10620-001 MOT A0398011.DOC 2}                              5

Distinctive Lifestyle
2950 N 28th Terrace
Hollywood, FL 33020-1301

Distinctive Lifestyles
Alan S. Rosenberg, Esq.
Koleos Rosenberg PA, AM Trust Building
8211 W. Broward Blvd, Ste. 330
Plantation, FL 33324-2747

Ducibella Venter & Santore
250 State Street
Unit F1
North Haven, CT 06473-2182

East Water Place Homeowners
c/o Wolin-Levin, Inc
325 W. Huron
Suite 600
Chicago, Il 60654-3639

Exhibition Freighting
The Oasis, Ground Floor
Mill Court, Mill Street, East Mailing
Kent, UK ME19 6BU

FDS Worldwide Express
Adair Court
Dublin 7
Ireland

Festina Lente Ltd.
713 Park Avenue
New York, NY 10021-5010

First Printers Pte Ltd
1200 Depot Rd., No. 06-26/27
Telok Blangah Industrial Estate
Singapore 109675

Fox & Obel Food Market
401 E. Illinois Ave.
Chicago, IL 60611-4390

Fox, Swibel, Levin & Carroll, LLP
Attn: Martin B. Carrol
200 W. Madison, Suite 3000
Chicago, IL 60606-3417

Garrett Kelleher
32 Herbert Park
Dublin 4
Ireland

Gensler
4549 Collections Center Drive
Chicago, IL 60693-0045

Goldberg Kohn Ltd.
Attn: Steven A. Levy
55 E. Monroe, Suite 3300
Chicago, IL 60603-5800

Gomberg, Sharfman, Gold & Ostler, P.C.
Attn: Raymond J. Ostler
208 S. LaSalle, Suite 1410
Chicago, Illinois 60604-1071

Hachette Filipacchi Media U.S. Inc.
1633 Broadway, 45th Floor
New York, NY 10019-6708

Happold Consulting
Camden Mill
Lower Bristol Road
Bath, UK BA2 3DQ

Heffernan Morgan
1915 N. Elston Avenue
Chicago, IL 60642-1219

Hinckley Springs
PO Box 660879
Dallas, TX 75266-0879

Hinckley Springs
P.O. Box 660579
Dallas. TX 75266-0579

Huen Electric, Inc.
1801 West 16th Street
Broadview, IL 60155-3955

IKON Financial Services
P.O. Box 650016
Dallas, TX 75265-0016
Illinois Department of Transportation
2300 South Dirksen Parkway
Springfield, IL 62764-0001

James, Schaeffer & Schimming
4505 N. Elston Avenue
Chicago, IL 60630-4420

Jewell Events Catering
424 North Wood Street
Chicago, IL 60622-6687

Knight E/A, Inc.
(d/b/a Knight Engineers & Architects)
Attn: Melissa Mulhern
221 N. LaSalle Street, Suite 300
Chicago, IL 60601-1211

Koleos Rosenberg PA
Attn: Alan S. Rosenberg
8211 W. Broward Blvd.
Suite Ph4
Plantation, FL 33324-2747

LAM Partners Inc
84 Sherman Street
Cambridge, MA 02140-3294

Lerch Bates
8089 South Lincoln
Suite 300
Littleton, CO 80122-2721

Levenfeld Pearlstein, LLC
Attn: Jennifer L. OReilly
Two N. LaSalle, Suite 1300
Chicago, IL 60602-3709

Liberty Mutual
P.O. Box 0569
Carol Stream, IL 60132-0569

Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, NJ 07601-6205

Lorig Construction Company
250 East Touhy Avenue
Des Plaines, IL 60018-2658

MacKenzie Brown Design
33 E. Wacker Drive
Suite 1540
Chicago, IL 60601

Marque
210 Eleventh Avenue
New York, NY 10001-1210

Michigan Avenue
Magazine (Niche Media)
100 Church Street
7th Floor
New York, NY 10007-2603

Microsoft Online Inc.
PO Box 847543
Dallas, TX 75284-7543

MosArt
Block 6, Broomhall Business Park
Wicklow, County Wicklow
Ireland

Much Shelist Deneberg Amend
& Rubenstein, P.C
Attn: Scott J. Smith
181 N. Wacker, Suite 1800
Chicago, Illinois 60606

Nancy Lee Carlson
Law Office of Nancy Lee Carlson
926 Braeburn Road
Inverness, IL 60067-4228

NaviSite, Inc.
P.O. Box 10138
Uniondale, NY 11555-0138

OMD USA, Inc
195 Broadway
28th Floor
New York, NY 10007-3161

OMD USA, LLC
AEGIS Professional Services
Attn: Nicholas B. Schopp
165 North Meramec, Suite 200
Clayton Missouri 63105-3772

OMD USA-Evantus
195 Broadway, 28th Floor
New York, NY 10007-3161

OMD USA-Resolution Media
195 Broadway, 28th Floor
New York, NY 10007-3161

OMD-Chicago Magazine
195 Broadway, 28th Floor
New York, NY 10007-3161

OMD-Chicago Tribune
195 Broadway, 28th Floor
New York, NY 10007-3161

OMD-City Business Journal
195 Broadway
28th Floor
New York, NY 10007-3161

OMD-Conde Nast
195 Broadway, 28th Floor
New York, NY 10007-3161

OMD-Crains
195 Broadway, 28th Floor
New York, NY 10007-3161

OMD-Forbes
195 Broadway, 28th Floor
New York, NY 10007-3161

OMD-Media Max
195 Broadway, 28th Floor
New York, NY 10007-3161

OMD-Modern Luxury
195 Broadway, 28th Floor
New York, NY 10007-3161

OMD-Pioneer Press
195 Broadway, 28th Floor
New York, NY 10007-3161

OMD-Robb Report
195 Broadway
28th Floor
New York, NY 10007-3161

OMD-Wall Street Journal
195 Broadway, 28th Floor
New York, NY 10007-3161

OMD-Wallpaper
195 Broadway, 28th Floor
New York, NY 10007-3161

PLCS Corporation
Gremley & Biederman
4505 N. Elston Ave.
Chicago, IL 60630-4493

Pam Golding Properties
3rd Floor, Library Square
Wilderness Road
Claremont 7745
South Africa

Peninsula Hotel
108 E. Superior Street
Chicago, IL 60611-2645

Perkins & Will
330 N. Wabash
Suite 3600
Chicago, IL 60611-3757

Perkins & Will, Inc.
Schiff Hardin LLP
666 Fifth Avenue, Suite 1700
New York, NY 10103-1700

Prime Event Solutions Ltd.
Suite 33 Churchill Sqr
Kent, UK

Prime Scaffold
1220 North Ellis Street
Bensenville, IL 60106-1119

Purple
28 Saville Row
London, UK W1S ZKU

Quarles & Brady LLP
Attn: Leonard S. Shifflett
300 N. LaSalle, Suite 4000
Chicago, IL 60654-5427

RMW Acquisition Company LLC
c/o Related Midwest LLC
350 W. Hubbard St., Suite 300
Chicago, IL 60654-5821

RWDI
650 Woodlawn Road West
Guelph, Ontario N1K 1B8
Canada

Raffaello Management
201 East Delaware Place
Chicago, IL 60611-1713

Receiver Stephen Bell
CB Richard Ellis
311 S. Wacker Drive, Suite 400
Chicago, IL 60606-6619

Riverview Condominium Association
445 E. North Water Street
Chicago, IL 60611-5535

Robbins, Salomon & Patt, Ltd.
Attn:  Diana H. Psarras
180 N. LaSalle, Suite 3300
Chicago, IL 60601-2808

Rowan Williams Davies & Irwin Inc
Wiesje Henderson
Rowan Williams Davies & Irwin Inc
650 Woodlawn Rd
Guelph, ON Canada N1K 1B8

STS Consultants, Ltd.
750 Corporate Woods Parkway
Vernon Hills, IL 60061-3153

Sanford Kahn, Ltd.
180 N. LaSalle Street
Suite 2025
Chicago, IL 60601-2612

Savills Unex House
132-1234 Hills Road
Cambridge, UK CB2 8PA

Schirmer
1000 Milwaukee Ave
5th Floor
Glenview, IL 60025-2424

Service Sanitation, Inc.
135 Blaine Street
Gary, IN 46406-1245

Shelbourne Development Group, Inc.
1525 W. Homer St., Suite 203
Chicago, IL 60642-1279

Shelbourne Finance Ltd.
32 Kildare Street
Dublin 2
Ireland

Shelbourne Lakeshore Limited
Stewart T. Kusper
Kusper Law Group, Ltd.
20 N. Clark St., Ste. 3000
Chicago, IL 60602-5094

Shelbourne Lakeshore Ltd
30 Kildare St.
Dublin 2
Ireland

Shelbourne Lakeshore Ltd.
69/71 St. Stephen's Green
Dublin 2
Ireland

Shen Milsom Wilke
417 Fifth Avenue
5th Floor
New York, NY 10016-2210

Sonoma Partners, LLC
525 West Monroe
Suite 240
Chicago, IL 60661-3786

Steven J. Bernstein
166 N. Meramec Ave.
Suite 200
Clayton, MO 63105

Studio V Architecture
44 East 32 Street
New York, NY 10016-5508

The Printed Image
Font House, Fonthill Industrial Park
Dublin 2
Ireland

The Steppenwolf Theatre Company
758 W. North Avenue
Chicago, IL 60610-1030

Thomas J. Murphy, PC
111 W. Washington Street
Suite 19
Chicago, IL 60602-2719

Thornton Tomasetti, Inc.
330 N. Wabash Avenue
Suite 1500
Chicago, IL 60611-7622
Attn: Joseph G. Burns

Thorton Thomasetti
14 E. Jackson Blvd.
Suite 1100
Chicago, IL 60604-2209

Tian Yuan Law Firm
11th Floor, Tower C, Corporate Square
35 Financial Str., Xicheng Dist.
Beijing, China 100140

Tygris Vendor Finance Inc.
10 Waterview Boulevard
Parsippany, NJ 07054-1286

VIP Valet Services Inc.
12N442 Switzer Road
Elgin, IL 60124-8051

Van Duesen
5 Regent Street
Suite 524
Livingston, NJ 07039-1682

Walker Consultants
36852 Eagle Way
Chicago, IL 60678-1368

Wayman Fulton, L.L.C.
Attn: Cal Beisswanger, Jr.
835 W. Wayman Street
Chicago, IL 60607-1305

Webb Mason
PO Box 37289
Baltimore, MD 21297-3289

Weber Shandwick
676 N. St. Clair
Suite 1100
Chicago, IL 60611-2954

Weidlinger Associates, Inc
375 Hudson Street
12th Floor
New York, NY 10014-7416

Williams Scotsman, Inc.
1625 Western Drive West
Chicago, IL 60185

XO Communications
14239 Collection Center Drive
Chicago, IL 60693-0142

Xerox Capital Services, LLC
1303 Ridgeview Drive
Lewisville, TX 75057-6018

Zukowski, Rogers, Flood & McArdle
Attn: David W. McArdle
50 Virginia Street
Crystal Lake, IL 60014-4126

Kimberly A Brown
919 N Market Street
Suite 1800
P.O. Box2087
Wilmington, DE 19899-2087

Micah R Krohn
FrankGecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60654-6465

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Michael L. Gesas
Arnstein & Lehr LLP
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SHELBOURNE NORTH WATER STREET, L.P., | ) ) | Case No. 13-44315 (JSB) |
| | ) | Honorable Janet S. Baer |
| Debtor. | ) | |
| | ) | **Hearing Date:     March 18, 2015** |
| | ) | **Hearing Time:    9:30 a.m.** |
| | ) | **Courtroom:         615** |

**MOTION FOR ENTRY OF A FINAL DECREE AND RELATED RELIEF**

RMW Acquisition Company LLC ("Acquisition"), RMW CLP Acquisitions LLC ("CLP") and RMW Acquisitions II LLC ("II," and collectively with Acquisition and CLP being referred to as "RMW"), by its attorneys, pursuant to 11 U.S.C. § 350(a), Rule 3022 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 3022-1, hereby requests entry of a final decree closing Shelbourne North Water Street, L.P.'s (the "Debtor") chapter 11 bankruptcy case. All disbursements under the Confirmed Plan have been made and RMW anticipates that all quarterly U.S. Trustee fees due and owing will be paid in full prior to presentment of this Motion. To the extent necessary, RMW also requests that this motion and its exhibits serve as a final post-confirmation report ("Final Report"). In support of this motion (the "Motion"), RMW respectfully states as follows:

### I.     Jurisdiction

1.     This Court has jurisdiction over this motion pursuant to 11 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).

{10620-001 MOT A0398011.DOC 2}

2.      The statutory predicates for the relief requested herein are section 350 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 3022 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), and Rule 3022-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules").

## II.    Background

3.      Debtor acquired 2.2 acres of real property in Chicago (the "Property") on which it intended to build a residential skyscraper commonly known as the Spire.

4.      In June of 2010, a foreclosure action against the Debtor styled as *Lorig Construction Co. v. Shelbourne North Water Street, L.P.*, Case No. 10 CH 27970 was initiated in the state of Illinois, Circuit Court of Cook County ("Circuit Court").  In December of 2010, Stephen G. Bell ("Receiver") was appointed by the Circuit Court to take possession of the Property.

5.      On October 9, 2013 (the "Petition Date"), RMW and other creditors of the Debtor (the "Petitioners") filed an involuntary petition against the Debtor seeking relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Delaware Bankruptcy Court").

6.      On November 8, 2013, pursuant to a stipulation among the Debtor and the Petitioners, the Delaware Bankruptcy Court entered an order for relief under chapter 11 of the Bankruptcy Code, designated the case (the "Case") as a single asset real estate case and transferred venue of the Case to this court ("Bankruptcy Court").  No trustee or committee has been appointed in the Case, and the Debtor continued to manage its affairs pursuant to sections 1107 and 1108 of the Bankruptcy Code up to November 3, 2014.

7. On November 27, 2013, this Court entered the joint stipulation of RMW and the Debtor ("Stipulation") authorizing the Receiver to remain in possession of the Property. (Docket No. 42.) The Receiver possessed, maintained and preserved the Property until he was excused from performing his duties on November 25, 2014. (Docket No. 356.)

8. On October 7, 2014, the Court conducted a confirmation hearing and entered an order (the "Confirmation Order") (Docket No. 327) confirming the Second Amended Joint Chapter 11 Plan of Reorganization of Shelbourne North Water Street L.P, RMW Acquisition Company, LLC, RMW CLP Acquisitions, LLC and RMW CLP Acquisitions II, LLC as Modified (the "Confirmed Plan") (Docket No. 298). The Effective Date of the Confirmed Plan was November 3, 2014.

9. On November 3, 2014, and pursuant to, *inter alia*, Sections 6.2 and 6.3 of the Confirmed Plan and Confirmation Order, the Debtor conveyed the Property to (RMW) Acquisition. Acquisition completed the conveyance and now has free and clear title to the Property.

10. Also as contemplated by section 9.2 of the Confirmed Plan and the RMW Alternative Plan Transaction (as defined in the Confirmed Plan), RMW was required to make a *pro rata* distribution on account of the allowed claims of the Debtor's remaining non-insider creditors.

11. Under the Confirmed Plan, administrative expense claims ("Administrative Claims") and priority tax claims, remain unclassified as required by section 1123(a)(1) of the Bankruptcy Code (the "Unclassified Priority Claims"). The Confirmed Plan classified remaining claims and equity interests into five classes:

| Class Number | Class Description |
|:---:|:---:|
| Class 1 | RMW Claims (claims of RMW Acquisition Company, LLC and its affiliates) |
| Class 2 | Secured Mechanic's Lien Claims of Non-Insider Creditors |
| Class 3 | General Unsecured Claims |
| Class 4 | Shelbourne Affiliate Claims (claims of affiliates of the Debtor) |
| Class 5 | Equity Interests |

12. Pursuant to the Confirmed Plan, on and after the Effective Date, RMW made all distributions required under the Confirmed Plan.

### A. Monthly Operating Reports

13. The last Summary of Cash Receipts and Disbursements ("Monthly Operating Report") the Debtor filed was on November 21, 2014, for the month of September 2014. (Docket No. 355.) The Debtor did not file Monthly Operating Reports for October, November or December of 2014. The Debtor did not file a Monthly Operating Report for January of 2015. Though the Receiver was excused from his duties on November 25, 2014, he made payments in December of 2014 and January of 2015 to pay ordinary business costs incurred during the course of the Case in order to wrap up his receivership.

14. The Estate's total disbursements for the Receiver's maintenance of the Property in the ordinary course of business in the fourth quarter of 2014, as set forth in Receiver's Reports, dated October 31, 2014, November 30, 2014 and December 31, 2014 were in the total amount of $28,762.21, as set forth in the schedule of disbursements attached hereto as Exhibit A.

15. Also as set forth in Exhibit A, and pursuant to the Receiver's Report dated January 31, 2015, the Estate's total disbursements for the Receiver's maintenance of the Property in the ordinary course of business in the first quarter of 2015 were in the total amount of $30,203.52.

### B. Distributions Pursuant to the Confirmed Plan

16. The current status of payments due to each class under the Plan is as follows:

| **Class** | **Type of Claim** | **Status** |
|---|---|---|
|  | Administrative Claims | All allowed Administrative Claims have been paid in full, in cash, or in accordance with the ordinary course of business during the pendency of the Case. |
|  | Unclassified Priority Claims | Any and all allowed Unclassified Priority Claims have been paid in full. |
| 1 | RMW Claims | The RMW Claims have been satisfied by the transfer of the Property as contemplated by the RMW Alternative Plan Transaction. |
| 2 | Secured Mechanic's Lien Claims of Non-Insider Creditors | All allowed Secured Mechanic's Lien Claims of Non-Insider Creditors have been satisfied in full. |
| 3 | General Unsecured Claims | Any and all allowed General Unsecured Claims have been paid, *pro rata* (71.74%), by RMW as required in accordance with the RMW Alternative Plan Transaction. (*See* Exhibit B.) |
| 4 | Shelbourne Affiliates Claims | All allowed Shelbourne Affiliates Claims have been satisfied as required in accordance with the RMW Alternative Plan Transaction. |
| 5 | Equity Interests | All Equity Interests in the Debtor were cancelled as of the Effective Date. |

{10620-001 MOT A0398011.DOC 2}    5

17. As of the filing of this Motion, the Debtor and RMW have liquidated all valuable assets of its estate, resolved all pending claims against the Debtor's estate and have completed the final distributions contemplated by the Confirmed Plan. A detailed listing of all Confirmed Plan payments made to Class 3 Claims as of the date of filing this Motion is attached hereto as Exhibit B.

### C.  United States Trustee Quarterly Fees

18. As set forth herein, the total disbursements of the Estate in the 4th quarter of 2014, including the disbursements made by the Receiver ($28,762.21) and the disbursements made by RMW towards Administrative Claims ($2,845,723.18), were in the total amount of $2,874,485.39. Pursuant to the U.S. Trustee Quarterly Fee Schedule, the Estate owes the Office of the United States Trustee $9,750.00 for 2014 4th Quarter fees ("UST 2014 4th Quarter Fees").

19. Also as set forth herein, the total disbursements of the Estate in the 1st quarter of 2015, including disbursements made by the Receiver ($30,203.52), disbursements made by RMW towards Administrative Claims ($359,311.65) and disbursements made by RMW towards General Unsecured Claims ($3,634,114.98), were in the total amount of $4,023,630.15. Pursuant to the U.S. Trustee Quarterly Fee Schedule, the Estate owes the Office of the United States Trustee $10,400.00 for 2015 1st Quarter fees ("UST 2015 1st Quarter Fees" and, collectively with the UST 2014 4th Quarter Fees, the "UST Quarterly Fees").

20. RMW anticipates paying the UST Quarterly Fees prior to presentment of this Motion.

### III.  Basis for Relief Requested

21. By this Motion, RMW seeks entry of a final decree, substantially in the form attached hereto, closing the Case, (the "Final Decree").

22.     Section 350(a) of the Bankruptcy Code provides that after an estate is fully administered "the court shall close the case." Rule 3022 of the Federal Rules of Bankruptcy Procedure provides that "[a]fter an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case."

23.     Although the phrase "fully administered" is not defined by the Bankruptcy Code, courts generally look to the following factors in deciding whether to issue a final decree:

> (1) whether the order confirming the plan has become final;
>
> (2) whether deposits required by the plan have been distributed;
>
> (3) whether the property proposed by the plan to be transferred has been transferred;
>
> (4) whether the debtor or the successor of the debtor under the plan has assumed the business or the management of the property dealt with by the plan;
>
> (5) whether payments under the plan have commenced; and
>
> (6) whether all motions, contested matters, and adversary proceedings have been fully resolved.

Fed. R. Bankr. P. 3022, Advisory Comm. Note (1991); *In re JMP-Newcor International, Inc.*, 225 B.R. 462, 465 (Bankr. N.D. Ill. 1998).

24.     The Case has been "fully administered" within the meaning of Section 350 of the Bankruptcy Code, making it appropriate for the Court to enter a final decree closing the Case. Specifically, all valuable assets of the Debtor's estate have been fully liquidated, all claims filed against the Debtor's estate have been resolved, payments required to be made pursuant to the Plan have been made, the Confirmation Order is final and nonappealable, and there are no pending motions, contested matters, or adversary proceedings. In addition, all outstanding fees

due to the Office of the United States Trustee, pursuant to 28 U.S.C. § 1930 and the proposed order attached hereto, are anticipated to be paid in full prior to presentment of this Motion.

25. Based on the foregoing, RMW submits that entry of a Final Decree is warranted. Therefore, because the Case is "fully administered," it is fair and equitable and in the best interests of the Debtor's estate that this Court enter the Final Decree closing the Case.

### IV. Notice

26. At least 21 days' notice of this Motion has been provided to the Office of the United States Trustee, the CMECF service list and all known creditors.

WHEREFORE, the RMW respectfully requests that the Court: (a) enter a final decree closing the Case; (b) deeming the Motion and its exhibits sufficient to serve as the post-confirmation Final Report, to the extent necessary; and (c) granting such further relief as is just.

Dated: February 24, 2015

    Respectfully submitted,

    **RMW ACQUISITION COMPANY LLC,
RMW CLP ACQUISITIONS LLC AND
RMW ACQUISITIONS II LLC**

    By:  /s/ *John Guzzardo*
        One of their attorneys

| | |
|---|---|
| Brian L. Shaw | Lenard M. Parkins (pro hac vice) |
| John Guzzardo | Trevor R. Hoffmann (pro hac vice) |
| SHAW FISHMAN GLANTZ | Jonathan Hook (pro hac vice) |
| & TOWBIN LLC | HAYNES AND BOONE LLP |
| 321 N. Clark Street, Suite 800 | 30 Rockefeller Plaza, 26th Floor |
| Chicago, Illinois 60654 | New York, New York 10112 |
| Telephone: (312)-541-0151 | Telephone: (212) 659-7300 |
| Facsimile: (312) 980-3888 | Facsimile: (212) 918-8989 |
| Email: bshaw@shawfishman.com | Email: lenard.parkins@haynesboone.com |
|     jguzzardo@shawfishman.com |     trevor.hoffmann@haynesboone.com |
| |     jonathan.hook@haynesboone.com |