UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  13-44315 |
| SHELBOURNE NORTH WATER STREET, L.P., | ) ) ) ) ) ) | Chapter:  11<br><br>Honorable Janet S. Baer |
| Debtor(s) | ) | |

# FINAL DECREE

Upon consideration of the motion (the "Motion," with all undefined capitalized terms herein having the meanings set forth in the Motion) of RMW Acquisition Company LLC, RMW CLP Acquisitions LLC and RMW Acquisitions II LLC established by the Second Amended Joint Chapter 11 Plan of Reorganization of Shelbourne North Water Street L.P, RMW Acquisition Company, LLC, RMW CLP Acquisitions, LLC and RMW CLP Acquisitions II, LLC as Modified (the "Confirmed Plan") (Docket No. 298) and the Confirmation Order (Docket No. 327), for entry of a final decree closing the above-captioned bankruptcy case; due and proper notice of the Motion having been provided; it appearing that there is good cause to grant the relief requested; and, there being no objection to the relief requested; it is therefore ORDERED:

1. The Motion is granted as outlined herein.

2. A Final Decree is hereby entered, and the case captioned In re Shelbourne North Water Street, L.P., Case No. 13-44315, pending in the United States Bankruptcy Court for the Northern District of Illinois, is hereby closed.

3. The Motion and Exhibits attached thereto are sufficient to serve as the post-confirmation Final Report.

Enter: *[signature: Janet S. Baer]*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  March 18, 2015

**Prepared by:**

John Guzzardo
SHAW FISHMAN GLANTZ & TOWBIN LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151  telephone
(312) 980-3888  facsimile